UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BARRETT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 23-11859
Hon. Jonathan J.C. Grey
Magistrate Judge Curtis Ivy Jr.

## ORDER AND OPINION AUTHORIZING ATTORNEY FEES
## (ECF No. 17)

Before the Court is plaintiff's counsel, Jacob Bender's, unopposed motion for attorney fees. (ECF No. 17.) In the motion, Bender states that, pursuant to 42 U.S.C. § 406 and the applicable fee agreement, he is entitled to attorney fees totaling $16,000.00 for work performed in this Court. (*Id.*, PageID.2528.)  Upon receipt of the requested fee, Bender will refund Plaintiff Jenniffer Barrett the $5,121.00 EAJA fee, which was awarded earlier in this case. (*Id.*, PageID.2530.)

In social security cases, a 25% contingent fee "is not to be viewed as per se reasonable," but generally, "if the agreement states that the attorney will be paid twenty-five percent of the benefits awarded, it

should be given the weight ordinarily accorded a rebuttable presumption." *Rodriquez v. Bowen*, 865 F.2d 739, 746 (6th Cir. 1989). Here, Bender submitted a copy of the contingent fee agreement, signed by both Barrett and Bender, in which Barrett agrees to a fee of 25% of all past-due benefits. (*Id.*, PageID.2553.) Bender also submitted a signed statement in which Barrett consents to the requested attorney fees of $16,000.00 for work performed in this Court. (*Id.*, PageID.2573.) The total attorney fees to be paid to Bender do *not* exceed 25% of Barrett's past-due benefits.

For the reasons set forth in the unopposed motion, which Bender filed with Barrett's consent, the Court **GRANTS** Bender's motion for attorney fees. (ECF No. 17.) The Court **ORDERS** that Bender be awarded $16,000.00 for his work before this Court. Upon receipt of the fee, Bender shall refund Barrett $5,121.00, the EAJA fee.

**SO ORDERED.**

Dated: November 3, 2025

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 3, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager